Walter M. Hennessey, Esq., Hennessey and Joyce, Butte, MT, for Defendant–Appellant.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Beth Ann WARD, Defendant–Appellant.**

No. 06–30344.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

MEMORANDUM **

Beth Ann Ward appeals from the sentence imposed upon revocation of her supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for reasonableness the sentence imposed upon revocation, *see United States v. Miqbel,* 444 F.3d 1173, 1176 (9th Cir.2006), and we affirm.

---

ed by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Ward contends that the sentence imposed by the district court is unreasonable, in light of certain sentencing factors of 18 U.S.C. § 3553, as incorporated by 18 U.S.C. § 3583(e). This contention is unpersuasive. "A district court is not required to refer to each factor listed in § 3553(a)." *United States v. Mix*, 457 F.3d 906, 912 (9th Cir.2006). Further, the district court properly considered the applicable Chapter 7 Guidelines range, as well as § 3553 factors such as deterrence and protection of the public, before imposing a 24–month term of imprisonment and a 24–month term of supervised release. We conclude that the sentence was reasonable. *See United States v. Marcial–Santiago*, 447 F.3d 715, 719 (9th Cir.) (affirming where the district court "gave thoughtful attention to factors recognized in § 3553(a) and exercised sound discretion"), *cert. denied sub nom. Acosta–Franco v. United States*, —— U.S. ——, 127 S.Ct. 309, 166 L.Ed.2d 232 (2006).

**AFFIRMED.**